# NO. 12-11-00116-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST* | § | *APPEAL FROM THE* |
| *OF R.E.E.,* | § | *COUNTY COURT AT LAW* |
| *A CHILD* | § | *SMITH COUNTY, TEXAS* |

*MEMORANDUN OPINION*
*PER CURIAM*

Appellant has filed a motion to dismiss this appeal. In his motion, Appellant states that he no longer wishes to pursue the appeal. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is ***dismissed***.

Opinion delivered May 4, 2011.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)